JACK GREEN v. THE STATE.

No. 1774. Decided May 15, 1912.

Rehearing denied June 5, 1912.

**Burglary—Charge of Court—Presumption.**

In the absence of a statement of facts, complaints as to the charge of the court and refusal to give special charges can not be considered, and it must be presumed that the charge of the court was applicable to the facts under the allegations of the indictment.

Appeal from the Criminal District Court of Dallas. Tried below before the Hon. Robert B. Seay.

Appeal from a conviction of burglary; penalty, three years imprisonment in the penitentiary.

The opinion states the case.

*G. Q. Youngblood,* for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

PRENDERGAST, JUDGE.—Appellant was convicted of burglary and his penalty fixed at three years in the penitentiary.

There is no statement of facts, neither is there any bill of exceptions. The case was tried on September 25, 1911. The court adjourned on September 30.

Appellant, in his motion for new trial, complains of the refusal of the court to give one special charge he requested. He also complains of the charge of the court in several particulars, but none of these matters can be considered by this court without a statement of facts. The court gave a charge that could clearly have been applicable to a statement of facts under the allegations of the indictment. With the record as it is, we must presume that the charge and judgment of the court is in every way correct.

The judgment will, therefore, be affirmed.

*Affirmed.*

[Rehearing denied June 5, 1912.—Reporter.]